IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID HAYES, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. Judge Magistrate Judge *On Removal from the Circuit Court for the 18th Judicial Circuit of Illinois (DuPage County), No. 2022 LA 000252* . |
| *Plaintiff*, | | |
| vs. | | |
| ZEAL NATURALS, a Delaware corporation, | | |
| *Defendant*. | | |

# NOTICE OF REMOVAL

Comes now the Defendant, ZEAL NATURALS, a Delaware corporation (hereinafter "Zeal"), by its counsel, Joseph A. Morris of MORRIS & DE LA ROSA, and, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes this cause to this Honorable Court from the Circuit Court for the 18th Judicial Circuit of Illinois (DuPage County), where this cause was there known as *David Hayes v. Zeal Naturals* and there numbered as Cause No. 2022 LA 000252 (hereinafter, the "State Court Action").

In support hereof, of Removal, Zeal states as follows:

1. Plaintiff filed the State Court Action on March 15, 2022. *See* Exh. A (Complaint).

2. Plaintiff served the Complaint on Zeal on March 16, 2022.

3. Zeal files this Notice within the time allowed for removal pursuant to 27 U.S.C. § 1446(b).

4. Removal is appropriate, and this Court has subject-matter jurisdiction over this lawsuit because this is a civil lawsuit between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Plaintiff David Hayes is domiciled in Illinois. *See* Exhibit A, at ¶ 2.

6. Zeal is incorporated in Delaware and maintains its principal place of business in Utah. *See* Exhibit A at ¶ 3.

7. Plaintiff seeks injunctive relief, individual money damages, class money damages, and recovery of his attorney's fees incurred in litigation of this action. *See* Exhibit A, Prayers for Relief, at pp. 11–15. Thus, there is more than $75,000.00 in controversy.

8. Therefore, this Court has original jurisdiction pursuant to 28 U.S.C. 1332(a), and removal is proper pursuant to 28 U.S.C. § 1441(b).

9. Venue is proper in this District because the Plaintiff resides within this District and it is the District embracing the place, DuPage County, Illinois, where the State Court Action is pending.

10. Appended hereto, as required by 28 U.S.C. § 1446(a), are copies of all process, pleadings, and orders served upon Zeal in the State Court Action, to wit:

    (a) Complaint. *See* Exhibit A.

    (b) Summons. *See* Exhibit B.

    (c) Plaintiff's Motion for Class Certification. *See* Exhibit C.

11. As required by 28 U.S.C. § 1446(d), Zeal is filing a copy of this Notice contemporaneously with the Clerk of the Circuit Court of the 18th Judicial Circuit of Illinois, DuPage County, and is serving this Notice upon Plaintiff's counsel.

12. No previous application has been made for the removal sought herein.

13. Zeal reserves all its rights and defenses, including, but not limited to, defenses and objections as to venue and personal jurisdiction and the right to move for dismissal of the Complaint on any and all applicable grounds, *e.g.*, for failure to state a claim for which relief may be granted. The filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

WHEREFORE, the Defendant, ZEAL NATURALS, respectfully gives notice that this cause is removed from the Circuit Court for the 18th Judicial Circuit of Illinois, DuPage County, to this Honorable Court.

Dated:  April 6, 2022.

Respectfully submitted,

/s/ JOSEPH A. MORRIS

_____

JOSEPH A. MORRIS
Counsel for Defendant

JOSEPH A. MORRIS
MORRIS & DE LA ROSA
6171 North Sheridan Road
Suite 312
Chicago, Illinois 60660
(312) 927-4680
E-Mail: MDLRusuk@aol.com
Illinois Attorney Registration No. 1963457

*Counsel for Defendant.*

<u>Certificate of Service</u>

The undersigned member of the bar certifies that he served copies of the foregoing instrument upon counsel for Plaintiff,

>Mr. Steven G. Perry
>Law Offices of Todd M. Friedman, P.C.
>111 West Jackson Boulevard
>Suite 1700
>Chicago, Illinois  60604
>E-Mail:       Stevenperry@toddflaw.com

as follows:  (1) By filing same via the Court's electronic filing system;  (2)  by causing a copy to be transmitted to counsel by e-mail at the e-mail address of counsel set forth above;  and  (3)  by causing a copy to be delivered to counsel at the address of counsel set forth above;   all before the hour of 5:00 p.m. on April 6, 2022.

/s/ **JOSEPH A. MORRIS**

_____

JOSEPH  A.  MORRIS